BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers Union, Local 584, etc., and Others, Defendants. ALEXANDER BLOOMFIELD, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. GUS HOCHENBERGER, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOHN JOHL, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. FRANK LO FRISCO, Appellant.— The

appellant having denied his guilt and asked for the examination of witnesses at Special Term, we think under the circumstances the request should have been granted. The order appealed from is, therefore, reversed and the proceedings remitted to the Special Term for a rehearing when the parties may produce their witnesses for examination and cross-examination. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.